**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-7140**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GEORGE EDWARD MITCHUM,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge. (4:08-cr-01174-SAL-1)

Submitted: May 22, 2025                                    Decided: May 27, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Edward Mitchum, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Edward Mitchum appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(B), (2).  Our review of the record reveals no error in the denial of Mitchum's motion.  The district court did not err in finding Mitchum was not eligible for a sentence reduction under Amendment 821 to the United States Sentencing Guidelines.  To the extent Mitchum sought relief under Amendment 822, that amendment is not retroactively applicable.  And the district court did not err in determining that the denial of Mitchum's prior motion for relief under § 404 of the First Step Act precluded consideration of a second motion under that section.  *See* First Step Act of 2018, Pub. L. No. 115-391, § 404(c), 132 Stat. 5194, 5222.

Accordingly, we affirm the district court's order.  *United States v. Mitchum*, No. 4:08-cr-01174-SAL-1 (D.S.C. Oct. 21, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*